**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 472 MAL 2019
:
        Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
        v. :
:
:
:
CLAYTON N. BONAWITZ, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of January, 2020, the Petition for Allowance of Appeal is **DENIED**.